IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No.: 1:18-cv-00646

| | |
|---|---|
| DORIS ROBINSON, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>3RD GROUP PROPERTIES, LLC, a Georgia limited liability company; AMERICAN UTILITY MANAGEMENT, INC., d/b/a AUM, INC., an ILLINOIS corporation; and MADISON GREENSBORO, LLC, a Georgia limited liability company,<br><br>Defendants. | **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Now comes the Plaintiff, through undersigned counsel, and advises the Court that the parties have agreed upon terms upon which the action can be settled and, as detailed further in the Memorandum accompanying this motion, respectfully request that the Court grant preliminary approval of the proposed settlement, including:

1. Preliminarily finding that the proposed settlement (the "Settlement") as reflected in the Settlement Agreement is fair, reasonable, and in the best interests of the Class, and that it warrants notifying the Class of the terms of the proposed Settlement and of their rights in connection with the proposed Settlement;

2. Setting a hearing for the Court to consider final approval of the proposed Settlement and its terms, set forth in the Settlement Agreement attached as **Exhibit A** hereto, an award of attorneys' fees and expenses for Class Counsel, and an incentive

1

payment to the named Plaintiff for her services in this Action ("Final Approval Hearing");

3. Approving the form and content of the notice of settlement to be mailed to Class members (the "Mailed Notice"), substantially in the form of Exhibit 2 attached to the Settlement Agreement, and authorizing its mailing to the Class pursuant to the terms of the Settlement Agreement;

4. Approving the form and content of the notice of settlement to be posted on a settlement website (the "Website Notice"), substantially in the form of Exhibit 4 attached to the Settlement Agreement, and authorizing its dissemination to the Class on a settlement website, at which Class Members may view the Preliminary Approval Order, the Settlement Agreement, the class Notice, and other documents and information regarding the Settlement;

5. Approving the plan for dissemination of the above notices to the Settlement Class pursuant to the terms of the Settlement Agreement.

6. Establishing deadlines consistent with the Settlement Agreement including deadlines for the mailing of the Mailed Notice, the creation of the settlement website and the publication of the Website Notice, the filing of objections, the filing of motions, the submission of requests for exclusion from the Settlement Class, and the filing of papers in connection with the Final Approval Hearing in this matter.

WHEREFORE, the Plaintiff respectfully requests that the Court give preliminary approval to the terms of the settlement and the plan of administration set out herein.

Respectfully submitted, this the 20th day of December, 2019.

| | |
|---|---|
| HIGGINS BENJAMIN, PLLC<br>301 North Elm Street, Ste. 800<br>Greensboro, NC 27401<br>Telephone: 336-273-1600<br>Facsimile: 336-274-4650<br>jbloss@greensborolaw.com<br>fberry@greensborolaw.com | **/s/ Frederick L. Berry**<br>Frederick L. Berry<br>N. C. State Bar No. 9696<br>**/s/ John F. Bloss**<br>John F. Bloss<br>N.C. State Bar No. 23947 |
| THE LAW OFFICES OF CHARLES WINFREE<br>100 S. Elm St., Ste. 430<br>Greensboro, NC 27401<br>Telephone: 336-273-8998<br>Facsimile: 336-272-3065<br>chwinfree@adamswinfreelaw.com<br>rjaouhari@adamswinfreelaw.com | **/s/ Charles H. Winfree**<br>Charles H. Winfree<br>N.C. State Bar No. 16895<br>**/s/ R. Robert El-Jaouhari**<br>R. Robert El-Jaouhari<br>N.C. State Bar No. 49184 |

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification and a copy of such filing electronically to all counsel of record.

This, the 20th day of December, 2019.

**/s/John F. Bloss**
*Attorney for Plaintiffs*